UNITED STATES DISTRICT COURT
FOR THE
**EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA

v.  Crim. No. 7:99-CR-61-2

ALBERT LEE ROBBINS

On Friday, June 19, 2009, the above named was placed on supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 31st day of May, 2011.

Malcolm J. Howard
Senior U.S. District Judge